UNPUBLISHED

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

WILLIAM JASPER,
            *Plaintiff-Appellant,*

v.

D/S BIGGERSTAFF, Quarter Master
East; SERGEANT SPROUSE, Quarter
Master West; D/S THOMPSON,
Quarter Master West,
            *Defendants-Appellees.*

No. 02-6236

Appeal from the United States District Court
for the Eastern District of Virginia, at Alexandria.
Gerald Bruce Lee, District Judge.
(CA-01-1059-AM)

Submitted: September 12, 2002

Decided: October 7, 2002

Before MICHAEL and KING, Circuit Judges, and
HAMILTON, Senior Circuit Judge.

_____

Remanded by unpublished per curiam opinion.

_____

## COUNSEL

William Jasper, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

**OPINION**

PER CURIAM:

William Jasper seeks to appeal the district court's order dismissing for failure to state a claim his 42 U.S.C. § 1983 action. The notice of appeal was received in the district court shortly after the expiration of the appeal period. Under Fed. R. App. P. 4(c)(1) and *Houston v. Lack*, 487 U.S. 266 (1988), the notice is considered filed as of the date Jasper properly delivered it to prison officials for mailing to the court. The record does not reveal if or when Jasper complied with the requirements of Fed. R. App. P. 4(c)(1). Accordingly, we remand the case for the district court to obtain this information from the parties and determine the timeliness of the filing under Fed. R. App. P. 4(c)(1) and *Houston v. Lack*. The record, as supplemented, will then be returned to this court for further consideration. We deny Jasper's motions for appointment of counsel and for an extension of time to file an informal brief.

*REMANDED*